# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

Southern District of New York

UNITED STATES OF AMERICA

- v -

Joel Ubiera

Docket Number: **03 Cr. 1102/16 Cv. 4959**

Denise L. Cote
(District Court Judge)

Notice is hereby given that **Joel Ubiera** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [ ]: order [✓]: other [ ]: **Order denying 28 USC 2255 petition**
(specify)

entered in this action on **09/02/16**
(date)

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

The appeal concerns:   conviction only [ ]:   sentence only [ ]:   conviction and sentence [✓]

Date: **9/16/16**

TO:
Jason Swergold, Esq.
AUSA, Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Joel Ubiera
Reg. No. 55349-054

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.
52 Duane Street - 10th Flor
New York NY 10007

Telephone Number (212) 417-8700

ADD ADDTIONAL PAGE IF NECESSARY

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ►QUESTIONNAIRE | ►TRANSCRIPT ORDER | DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
| [ ] I am ordering a transcript<br>[✓] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Pre-trial proceedings<br>[ ] Trial<br>[ ] Sentence<br>[ ] Post-trial proceedings | Dates |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ► Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature   DATE **9/16/16**

► COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____   Signature _____
(Court Reporter)

COPY 1 - ORIGINAL